UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RENEE BLANCHARD** | CASE NO. 6:25-CV-00618 |
| **VERSUS** | JUDGE ROBERT R. SUMMERHAYS |
| **TRI-STATE ENTERPRISES, INC., ET AL.** | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Upon consideration of the Magistrate Judge's Report and Recommendation ("R&R"),[1] after an independent review of the record, and noting the absence of any objections to the R&R, this Court concludes that the Magistrate Judge's R&R is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED that Plaintiff Renee Blanchard's Motion for Leave to File First Supplemental and Amending Complaint [ECF No. 9] is GRANTED.

IT IS FURHTER ORDERED that this civil action be REMANDED to the 15th Judicial District Court for the Parish of Lafayette, Louisiana, from which the case was removed.

THUS DONE in Chambers on this 5th day of December, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF No. 19.